# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WILLIAMS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>C.M. HARRISON, Warden,<br><br>　　　　　　Respondent. | CASE NO. 05cv2150-J (CAB)<br><br>**ORDER:**<br><br>**(1) DENYING MOTION FOR CERTIFICATE OF APPEALABILITY [DOC. NO. 48];**<br><br>**(2) DENYING REQUEST FOR LEAVE TO APPEAL *IN FORMA PAUPERIS* [DOC. NO. 49].** |

On March 28, 2007, this Court issued an Order adopting Magistrate Judge Cathy Ann Bencivengo's Report and Recommendation ("R&R") denying Petitioner Keith Williams' ("Petitioner") Renewed Motion to Amend Petition. [Doc. No. 45.] Petitioner filed a Notice of Appeal and Motion for a Certificate of Appealability ("COA"). [Doc. Nos. 47, 48.] Petitioner also filed a request for leave to appeal *in forma pauperis*. [Doc. No. 49.] For the reasons set forth below, the Court **DENIES** Petitioner's Motion for a COA and **DENIES** Petitioner's request for leave to appeal *in forma pauperis*.

### *Legal Standard*

Under the Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214 (1996) ("AEDPA"), a COA from a circuit justice or district court judge is necessary in order to appeal the "*final order* in a habeas proceeding in which the

1  detention complained of arises out of process issued by a State Court." *See* 28 U.S.C. §
2  2253(c)(1)(A) (emphasis added); *United States v. Asrar*, 116 F.3d 1268, 1269-70 (9th Cir.
3  1997) (holding that district courts retain authority to issue a COA under the AEDPA).  In
4  deciding whether to grant a COA, a court must either indicate the specific issues supporting
5  a certificate or state reasons why a certificate is not warranted.  *See Asrar*, 116 F.3d at
6  1270.

## *Discussion*

8  The Court denied Petitioner's Renewed Motion to Amend Petition because the new
9  claims he sought to assert were time-barred.  (*See* Order Denying Pet'r's Renewed Mot. to
10 Amend at 11.)  Petitioner now seeks a COA from this Court pursuant to 28 U.S.C. § 2253
11 in order to pursue an appeal of the Order denying his motion to amend the Petition.  [Doc.
12 No. 48.]

13 The Court must first determine whether Petitioner has presented a final order to
14 appeal.  A COA may be issued only after the final order in a habeas proceeding is rendered.
15 *See* 28 U.S.C. § 2253.  A final order is "one which ends the litigation on the merits and
16 leaves nothing for the court to do but execute the judgment." *Catlin v. United States*, 324
17 U.S. 229, 233 (1945); *United States v. Ray*, 375 F.3d 980, 985 (9th Cir. 2004).  In the Ninth
18 Circuit, the order of a district court denying a party leave to amend his pleading is not
19 considered an appealable final order.  *See Bradshaw v. Zoological Soc'y of San Diego*, 662
20 F.2d 1301, 1304 (9th Cir. 1981); *see also* 15A Charles Alan Wright et al., *Federal Practice*
21 *and Procedure* § 3914.1 (3d ed. 1998) (stating that "[o]rders granting or denying
22 amendment of the pleadings . . . are not final").  In general, orders denying amendment of
23 the pleadings "contemplate further proceedings in the district court," and "review is
24 available after the final judgment, into which they merge." *Bradshaw*, 662 F.2d at 1304.

25 Petitioner has failed to demonstrate that the Court's Order denying his Renewed
26 Motion to Amend "end[ed] the litigation on the merits." *See Catlin*, 324 U.S. at 233.  The
27 Court denied Petitioner's motion to amend without reaching the merits of his original
28 Petition, which is still pending.  Specifically, the Court's Order denying Petitioner's motion

to amend contemplates further proceedings because it ordered the action "to proceed with the claims stated in the original Petition." (*See* Order Denying Pet'r's Renewed Mot. to Amend at 11.) The Court thus has not ordered a final disposition of the Petition. Accordingly, the Order denying Petitioner's motion to amend is not a final, appealable order for purposes of issuing a COA under 28 U.S.C. § 2253. Because Petitioner's Motion for a COA is premature, the Court (1) **DENIES** Petitioner's Motion for a COA [Doc. No. 48]; and (2) **DENIES** Petitioner's request for leave to appeal *in forma pauperis* [Doc. No. 49].

**IT IS SO ORDERED.**

DATED: May 3, 2007

_____
HON. NAPOLEON A. JONES, JR.
United States District Judge

cc: Magistrate Judge Bencivengo
All Parties