UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WILLIAMS,<br><br>                              Petitioner,<br><br>    v.<br><br>C.M. HARRISON, Warden,<br><br>                              Respondent. | Civil No.    05cv2150-J (CAB)<br><br>**ORDER DENYING AS MOOT RENEWED MOTION FOR CERTIFIED COPY OF OPENING APPELLATE BRIEF**<br><br>**[Doc. No. 55]** |

Petitioner, a state prisoner proceeding *pro se*, has file a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Before the Court is Petitioner's "Renewed Motion for Certified Copy of Opening Appellate Brief," in which Petitioner requests that the Court provide him with a copy his opening appellate brief and supplemental opening brief from his state court appeal. [Doc. No. 55.] Petitioner indicates that he needs copies of these briefs to assist him in preparing the Traverse in the instant Petition. It appears, however, that Petitioner has already filed his Traverse. [Doc. No. 56.] Therefore, the obstacles to completing the Traverse appear to no longer exist. As such, the request for copies is DENIED as moot.

**IT IS SO ORDERED.**

DATED: May 14, 2007

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge